**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Marcelle WHITFIELD, Defendant–
Appellant.**

No. 13–13371
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Feb. 24, 2014.

Susan Hollis Rothstein–Youakim, Arthur Lee Bentley, III, U.S. Attorney's Office, Tampa, FL, Shawn P. Napier, U.S. Attorney's Office, Orlando, FL, for Plaintiff–Appellee.

Marcelle Whitfield, Butner, NC, pro se.

Rosemary Cakmis, Maria Guzman, Donna Lee Elm, Federal Public Defender's Office, Orlando, FL, for Defendant–Appellant.

Before TJOFLAT, MARCUS and JORDAN, Circuit Judges.

PER CURIAM:

Rosemary Cakmis, counsel for Marcelle Whitfield in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Whitfield's convictions and sentences are **AFFIRMED.**